1-3-2015
12:40 11

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

ABEL Acosta, Clerk:
Texas Court of Criminal Appeal
P.O. Box 12308 Capitol Station
Austin, TX. 78711

MR. Acosta, Clerk!
Sir, I am writing you this letter
in regards of my Application of Writ
of Habeas Corpus (Writ 1376308-A) Sir
it was suppose to have been forward
to your office on 12-3-14) I would
like to know if your office received
the State's Original Answer? And what
is the Writ Number on it? From your
office? MR. Acosta, Sir Please! Advise
me the Stust's on the Writ; by letting
me know if your office have the Writ
or Not. And if there is a Writ Number
on it from your office. Sir I am thanking
you in advance.

Respectfully Submitted

O'Dell Burgess #579316
WYNNE Unit
810 FM 2821
Huntsville, TX
77349

C.C.
O.B.